IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HAWES HEARD IV                                                   PLAINTIFF

vs.                     Civil No. 6:16-cv-06037

NANCY A. BERRYHILL                                 DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 23rd day of May 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                              /s/ Barry A. Bryant
                                                              HON. BARRY A. BRYANT
                                                              U. S. MAGISTRATE JUDGE